**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
2033 Howe Avenue, Suite 140
Sacramento, CA 95825
Telephone:(916) 485-1111
Facsimile:(916) 485-1111
Attorney@4851111.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>JON ERIK HAJEK AND<br><br>TERRI LYNN HAJEK,<br><br>　　　　　DEBTORS | Case No.: 2019-21235-D-7<br>DCN: GEL-001<br><br>**NOTICE OF DEATH UPON THE RECORD**<br><br>DATE: June 5, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Ronald S. Bardwil<br>LOCATION: 501 I Street<br>6th Floor, Courtroom 34<br>Sacramento, CA 95814 |

## NOTICE OF DEATH UPON THE RECORD

TO: THE US TRUSTEE; THE CHAPTER 7 TRUSTEE, KIMBERLY HUSTED; ALL CREDITORS AND TO ALL INTERESTED PARTIES:

Pursuant to Federal Rule of Civil Procedure 25(a), counsel for the Debtors hereby suggests the death of debtor Jon Erik Hajek upon the record. The exact date of death was March 30, 2019. Filed concurrently herewith as **Exhibit A**, is a true and correct copy of the death certificate (with redactions).

Dated: May 7, 2019

　　　　　　　　　　　　　　　　BY: /s/Gabriel Liberman
　　　　　　　　　　　　　　　　　　　Gabriel Liberman
　　　　　　　　　　　　　　　　　　　Attorney for debtors

1