**6**
**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
2033 Howe Avenue, Suite 140
Sacramento, CA 95825
Telephone:(916) 485-1111
Facsimile:(916) 485-1111
Attorney@4851111.com

Attorney For Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

JON ERIK HAJEK AND

TERRI LYNN HAJEK,

DEBTORS

) Case No.: 2019-21235-D-7
) DC NO.: GEL-001
)
) **EXHIBIT IN SUPPORT OF NOTICE OF**
) **DEATH UPON THE RECORD**
)
) DATE: June 5, 2019
) TIME: 10:00 a.m.
) LOCATION: 501 I Street
) 6th Floor, Courtroom 34
) Sacramento, CA 95814
)
) JUDGE: Hon. Ronald S. Bardwil
)
)
)

EXHIBIT – A: Death Certificate of Jon Erik Hajek

EXHIBIT – B: Copy of insurance claim filed by joint debtor, Terri Lynn Hajek, with regards to Jon Erik Hajek's term life policy with MetLife


Dated: May 7, 2019

                              BY:  /s/Gabriel E. Liberman
                                      Gabriel E. Liberman
                                      Attorney for Debtor's

# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# EL DORADO COUNTY
## HEALTH AND HUMAN SERVICES AGENCY
### PLACERVILLE, CALIFORNIA

**STATE FILE NUMBER:** 3052019078038
**LOCAL REGISTRATION NUMBER:** 3201909000329

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

### Decedent's Personal Data
- **1. Name of Decedent — First (Given):** JON
- **2. Middle:** ERIK
- **3. Last (Family):** HAJEK
- **8. Sex:** M
- **9. Birth State/Foreign Country:** FL
- **11. Ever in U.S. Armed Forces?:** NO
- **12. Marital Status:** MARRIED
- **7. Date of Death:** 03/30/2019
- **8. Hour:** 1240
- **16. Decedent's Race:** NO (Hispanic/Latino/Spanish)

### Usual Residence
- **20. Decedent's Residence:** 927 STERLING CIRCLE
- **21. City:** FOLSOM
- **22. County/Province:** SACRAMENTO
- **23. Zip Code:** 95630
- **24. Years in County:** 0
- **25. State/Foreign Country:** CA

### Informant
- **26. Informant's Name, Relationship:** TERRI HAJEK, WIFE
- **27. Informant's Mailing Address:** 927 STERLING CIRCLE, FOLSOM, CA 95630

### Spouse/SRDP and Parent Information
- **28. Name of Surviving Spouse/SRDP — First:** TERRI
- **29. Middle:** LYNN
- **30. Last (Birth Name):** MCLELLAN

### Funeral Director / Local Registrar
- **39. Disposition Date:** 04/16/2019
- **40. Place of Final Disposition:** RESIDENCE OF TERRI HAJEK, 927 STERLING CIRCLE, FOLSOM, CA 95630
- **45. License Number:** FD2203
- **46. Signature of Local Registrar:** NANCY J WILLIAMS, MD, MPH
- **47. Date:** 04/16/2019

### Place of Death
- **101. Place of Death:** BARTON HOSPITAL EMERGENCY ROOM
- **102.** ER/OP
- **104. County:** EL DORADO
- **105. Facility Address:** 2170 SOUTH AVENUE
- **106. City:** SOUTH LAKE TAHOE

### Cause of Death
- **108. Death Reported to Coroner:** YES — EM19-2715

### Coroner's Use Only
- **126. Signature of Coroner / Deputy Coroner:** MICHAEL ELLEDGE
- **127. Date:** 04/08/2019
- **128. Type Name, Title of Coroner / Deputy Coroner:** MICHAEL ELLEDGE, DEPUTY CORONER

*010001004167430*

CAELDORAD1

---

### CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF EL DORADO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the El Dorado County Health and Human Services Agency.

**DATE ISSUED:** APR 22 2019

000195427



NANCY J WILLIAMS MD, MPH
COUNTY HEALTH OFFICER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Health Officer.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**



# EXHIBIT B

# MetLife
Group Life Claims
P.O. Box 6100
Scranton, PA 18505-6100
1-800-638-6420

## Life Insurance Claim Form
### Claimant's Statement

**Insured's Employer Name:** Burlington Coat Factory
**Insured Employee Name:** On Erik Hajek

Please note that original documents cannot be returned. In order to process your claim as quickly as possible we need some information about you and about the deceased. Each beneficiary must submit his or her own Claimant's Statement. Return this completed Claimant's Statement to the Employer or directly to MetLife, in accordance with the instructions you received with this form. Be sure to include a certified copy of the death certificate that indicates the cause and manner of death. A certified copy of the death certificate is one that has been certified by the local Bureau of Vital Statistics or other responsible agency, and bears a raised or colored seal. You can usually obtain one from the funeral director who handled the arrangements. Only one death certificate need be submitted.

**Additional Information if Beneficiary is a Minor:**
If no legal guardian is appointed to handle the minor's estate, a responsible adult should complete and sign the Claimant's Statement on behalf of the minor beneficiary. Be sure to complete Section A with information regarding the minor, not the party completing the form. If a legal guardian of the minor child's estate has been or will be appointed, the guardian must complete and sign the Claimant's Statement. Be sure to include a copy of court-issued guardianship papers in the claim submission to MetLife.

### A. Information about the beneficiary:
1. Your Name (please print in capital letters or type) **Terri** (First) **L** (Middle Initial) **HAJEK** (Last)
   Maiden Name (if applicable) [redacted]
2. Social Security No./TIN: [redacted]
3. Date of Birth [redacted]  ☐ Male  ☒ Female
4. Country of Citizenship: United States
5. Phone Number: Day [redacted]  Evening [redacted]
6. Fax Number (optional) ( )
7. Mailing Address  927 (Number) Sterling Circle (Street)  Apt./Box No. 95630
   Folsom (City)  CA (State)  95630 (Zip)
8. Relationship to the deceased. You are the ☒ Spouse ☐ Child ☐ Parent ☐ Other _____
9. If you have signed a document with a funeral home (a funeral home assignment) that authorizes MetLife to make a payment directly to it, please attach the document and check here ☐

### B. Information about the deceased:
1. His/Her Name **Jon** (First) **E** (Middle Initial) **Hajek** (Last)
   Maiden Name (if applicable) _____
2. Residence Address 927 (Number) Sterling Circle (Street)  Apt./Box No. 95630
   Folsom (City) CA (State) 95630 (Zip)
3. Marital Status ☐ Single ☒ Married ☐ Widow/Widower ☐ Separated ☐ Divorced
4. Date of Birth [redacted]
5. Social Security No. [redacted]
6. Certified copy of death certificate is ☒ attached (or was previously submitted) ☐ not attached.
   If not attached, please explain _____
7. If the decedent also held an individual life insurance policy with MetLife, please provide the policy number: _____ or call 1-800-638-5000 for information.

Insured Employee Name: Jon Eric Hajek

## C. Total Control Account (TCA)

Tell us how you would like to receive the benefits:

1. ☐ I want to take control of my insurance proceeds and defer making long-term decisions while earning favorable interest rates. Please pay the proceeds to me via the Total Control Account Settlement Option. I understand that you'll mail me a supply of drafts with other materials about the Account once my claim is approved and processed. I can take all or part of my account balance whenever I want, without penalty or loss of interest, simply by writing a draft for $250 or more. My TCA balance will continue to earn favorable interest rates. You'll also send me periodic statements. MetLife guarantees my TCA. I can close my TCA or select another available option at any time I choose, for any reason, without penalty or loss of interest.

2. ☒ I do not want to take advantage of the Total Control Account Settlement Option. I have read the important information on page 2 of the claim form. I understand that if the proceeds payable to me are at least $5,000, I am giving up my rights to take advantage of this and any other settlement option. Please send me the proceeds in a lump sum check.

**I understand that if I do not check 1 or 2 above, I will receive my insurance proceeds via the Total Control Account Settlement Option.**

## D. Delivering the Promise (DTP)

If a MetLife DTP Specialist assisted you with this claim, you may elect to have your check mailed to the Specialist, who will deliver it to you. If you wish to have the proceeds mailed to your DTP Specialist, please check the appropriate box below. If no box is checked, the proceeds will be delivered directly to you.

☐ Deliver to DTP Specialist

DTP Specialist Name: _____    District Agency Index (DAI) _____

DTP Specialist Address: _____    _____

☐ Deliver to Beneficiary

## E. Certifications and Signature:

By signing below, I acknowledge:

1. All information I have given is true and complete to the best of my knowledge and belief.
2. I consent to the pro rata deduction of any contributions owed by the insured from insurance proceeds paid to me.
3. I have read the applicable Fraud Warning(s) provided in this form.

MetLife has the right to recover any amounts that it determines to be an overpayment. An overpayment occurs if MetLife determines that: (a) the total amount paid by MetLife on your claim is more than the total amount of benefits due to you under the benefit plan/insurance certificate; or (b) MetLife made payment to you when the payment should have been made to someone else.

In case of an overpayment, I agree to repay MetLife the specifically overpaid funds. I further understand that if an overpayment is not repaid, MetLife reserves the right to rely on any means to recover the overpayment, including institution of litigation.

**Under penalty of perjury, I certify:**

1. That the number shown on this form is my correct taxpayer identification number; and
2. That I am not subject to IRS required backup withholding as a result of failure to report all interest or dividend income; and
3. I am a U.S. citizen, or a U.S. resident for tax purposes.

*Please note: If item 2 or 3 above is not true, cross out the applicable item(s).*

The IRS does not require your consent to any provision of this document other than the certification to avoid backup withholding.

**Please sign** below as you would sign on checks (include first and last name). If you are receiving a Total Control Account, this signature will be placed on file with your Account. If Beneficiary is a minor, the legal guardian or adult submitting this form must sign, not the minor.

_[signature]_    04/28/2019
Claimant Signature    Date Signed